IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

ADONAY JOSE DALIS RAMIREZ

Defendant.

2:26-CR-064-Z-BR-(1)

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

On October 28, 2026, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Adonay Jose Dalis Ramirez filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Adonay Jose Dalis Ramirez was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Adonay Jose Dalis Ramirez; and ADJUDGES Defendant Adonay Jose Dalis Ramirez guilty of Count One in violation of 18 U.S.C. § 513(a). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, November 12, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE